IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DONALD R. YOUNG and
SANDRA KAY YOUNG,

        Plaintiffs,

v.                      CIVIL ACTION NO.  2:02-0070

EMPLOYER-TEAMSTERS LOCAL NOS.
175-505 PENSION TRUST FUND, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying order granting the plaintiffs' motion for summary judgment, the court **ORDERS** that judgment be entered in favor of the plaintiffs, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:       May 27, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE